**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANET LOTHIAN, | CASE NO. 5:13-cv-02997 EJD |
| Plaintiff(s), | **ORDER RE: CONSENT/DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security of the United States of America, | |
| Defendant(s). | |

On November 19, 2013, Plaintiff Janet Lothian filed a document indicating her voluntary consent to have a United States Magistrate Judge conduct all further proceedings in this action. See Docket Item No. 9.

In order to determine the position of both parties on this issue, the court orders Defendant to file a similar document indicating either its consent or declination to proceed before a Magistrate Judge on or before **November 27, 2013.**

**IT IS SO ORDERED.**

Dated: November 20, 2013

EDWARD J. DAVILA
United States District Judge