IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANET LOTHIAN,<br><br>             Plaintiff(s),<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security of the United States of America,<br><br>             Defendant(s).<br>_____/ | CASE NO. 5:13-cv-02997 EJD<br><br>**ORDER DIRECTING CLERK TO REASSIGN CASE** |

    As all parties have consented to the assignment of this case to a magistrate judge for all purposes including trial and entry of judgment (see Docket Item Nos. 9, 12), the Clerk shall reassign it to an available magistrate judge according to the relevant portions of this District's assignment plan.

**IT IS SO ORDERED.**

Dated:  November 21, 2013

                                                                    _____
                                                                    EDWARD J. DAVILA
                                                                    United States District Judge